IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VIRGINIA MERTZIG** and **ROBERT MERTZIG** : | **CIVIL ACTION** |
| v. : | |
| **ROBERT E. BOOTH, JR., M.D,** : **3B ORTHOPAEDICS, P.C.** and **PENNSYLVANIA HOSPITAL OF THE UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEM d/b/a PENNSYLVANIA HOSPITAL** : | **NO. 11-1462** |

## ORDER

**AND NOW**, this 25th day of April, 2012, upon consideration of the Motion for Summary Judgment of Defendant, Pennsylvania Hospital of the University of Pennsylvania Health System d/b/a Pennsylvania Hospital Pursuant to Federal Rules of Civil Procedure 56 (Document No. 36), the Motion for Summary Judgment of Defendants, Robert E. Booth, Jr., M.D. and 3B Orthopaedics, PC (Document No. 37), and the plaintiffs' responses, it is **ORDERED** that the motions are **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendants and against the plaintiffs.

                                                  /s/ Timothy J. Savage
                                                  TIMOTHY J. SAVAGE,  J.